UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-40899
_____

In The Matter Of: GARRETT & ASSOCIATES INCORPORATED,

Debtor,

_____

H. E. BUTT GROCERY COMPANY; H. E. BUTT CONSTRUCTION,

Appellants,

versus

INTERNATIONAL BANK,

Appellee.

_____

Appeal from the United States District Court
for the Southern District of Texas
(C-97-CV-669)
_____

July 13, 1999

Before JONES, STEWART, and DENNIS, Circuit Judges.

PER CURIAM:*

        The court has considered this appeal in light of the
briefs, oral argument and pertinent portions of the record. Having
done so, we find neither any clear error of fact nor reversible
error of law, and we affirm for essentially the reasons stated by
the district and bankruptcy courts.

        **AFFIRMED.**

_____

        * Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.